IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHARLES A. WILLIAMS,<br>      Plaintiff,<br>vs.<br><br>STATE OF TEXAS, CARLOS CASCOS,<br>SECRETARY OF STATE,<br>      Defendants. | )<br>)<br>)   No. 3:16-CV-3064-M-BH<br>)<br>)<br>)<br>)   Referred to U.S. Magistrate Judge |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge for plain error, I am of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, by separate judgment this action will be summarily dismissed as barred by 28 U.S.C. § 1915A(b)(1) and 1915(e)(2)(B)(i).

**SIGNED this 29th day of November, 2016.**

_____
BARBARA M. G. LYNN
CHIEF JUDGE